**Order entered February 28, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-11-01659-CR
No. 05-11-01660-CR
No. 05-11-01661-CR
No. 05-11-01662-CR

**RONALD WAYNE LIGHTNER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F10-11165-N, F10-11166-N, F10-59447-N, and F10-25163-N**

## ORDER

We **ORDER** the District Clerk to file with this Court the clerk's record, including the indictment and all other documents in trial court cause no. F10-59447-N (appellate cause no. 05-11-01662-CR) by March 14, 2013. The clerk's record previously filed in trial court cause no. F10-59447-N mistakenly contained the documents for trial court no. F10-11166-N.

In appellate cause nos. 05-11-01659-CR, 05-11-01660-CR, 05-11-01661-CR, and 05-11-01662-CR, the Master Index of the Reporter's Record was filed three times and Volume 5 was filed twice. Volumes 3 and 4 of the Reporter's Record have not been filed. We **ORDER** the Court Reporter, Sandra Hughes, to file Volumes 3 and 4 with this Court by March 14, 2013.

We **DIRECT** the Clerk to send copies of this order by electronic transmission to Gary Fitzsimmons, Dallas County District Clerk; Dallas County District Clerk, Criminal Records Division; court reporter Sandra Hughes; and to counsel for all parties.

/s/      MARY MURPHY
PRESIDING JUSTICE